1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DELOIS GALLIEN,                    )  NO. CV 12-1246-E
                                       )
12              Plaintiff,             )
                                       )
13      v.                             )        **JUDGMENT**
                                       )
14  MICHAEL J. ASTRUE, COMMISSIONER    )
    OF SOCIAL SECURITY,                )
15                                     )
                                       )
16              Defendant.             )
                                       )
17  _____)

18

19      IT IS HEREBY ADJUDGED that the decision of the Commissioner of

20  the Social Security Administration is reversed in part and the matter

21  is remanded for further administrative action consistent with the

22  Opinion filed concurrently herewith.

23

24          DATED: October 1, 2012

25

26                              _____/S/_____
                                      CHARLES F. EICK
27                              UNITED STATES MAGISTRATE JUDGE

28